LEAVE TO FILE
GRANTED
*Tanya S. Chutkan*
May 6, 2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 1:24-cr-00164
:
ANDREW M MILLER :
:
Defendant. :

## NOTICE OF APPEARANCE IN ALL ACTIONS

Please take notice that the undersigned, as Executor of the Estate of ANDREW M MILLER, Deceased, hereby enters an appearance in this case pursuant to Federal Rule of Criminal Procedure 49(b), which governs the service and filing of pleadings and other papers. The undersigned is the duly appointed and acting Executor with authority to manage and act on behalf of the Estate in these proceedings.

Please direct all notices, pleadings, and other documents in this matter to the following address:

Andrew Miller
Executor of the Estate of ANDREW M MILLER
2620 U.S. 62
Dundee, Ohio 44624
luxcreteranch@gmail.com

The undersigned submits this notice in accordance with Federal Rule of Criminal Procedure 57 and Rule 3.1 of the American Bar Association's Model Rules of Professional Conduct. Rule 3.1 mandates that lawyers must not file frivolous claims, aligning with FRCP 11's requirements for filing to be legally and factually justified. Additionally, Rule 57 allows district courts to oversee legal practices ensuring fairness, as long as they comply with federal law, reinforcing the integrity of judicial proceedings.

Respectfully submitted,

By: _____
Resigned as principle on 11/02/2023
FOR: The Estate of ANDREW M MILLER